# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Michael Kenneth Morris, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00011-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard Theokas, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2019 Order.

February 4, 2019

Frank G. Johns, Clerk
United States District Court