UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00011-MOC-WCM

| | |
|---|---|
| **MICHAEL KENNETH MORRIS**, | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| **RICHARD THEOKAS**, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on plaintiff's Notice Request [Motion] for Judgment by Default. Review of the Docket reveals that this action was dismissed on February 4, 2019, for lack of subject-matter jurisdiction and for failure to state a claim. Thus, this case has been terminated and plaintiff cannot receive a default or default judgment.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Judgment by Default (#9) is **DENIED** as this case has been terminated.

Signed: March 11, 2019

Max O. Cogburn Jr
United States District Judge

-1-